**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHICAGO TITLE COMPANY, a California corporation,

Plaintiff,

v.

FRANK JANSEN, an individual; KENNETH CHIO, an individual; TIM PEARSON, an individual; STEWART TITLE OF CALIFORNIA, INC., a California corporation; and DOES 1 to 20, inclusive,

Defendants.

Case No. 2:26-cv-06236-SPG-BFM

**ORDER GRANTING JOINT STIPULATION TO ENTER PRELIMINARY INJUNCTION [ECF NO. 38]**

The Court is in receipt of the parties' Joint Stipulation to Enter Preliminary Injunction. *See* (ECF No. 38 ("Stipulation")). Having considered the parties' Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that:

1. A preliminary injunction is issued based on the findings and reasoning articulated in the Court's Order Granting, In Part, Plaintiff's Application for a Temporary Restraining Order. *See* (ECF No. 36).

2. Defendants Frank Jansen, Kenneth Chio, Tim Pearson, and Stewart Title of California, Inc., and each of their officers, agents, employees, representatives, and all persons acting in concert or participation with them, are ENJOINED and RESTRAINED from using, disclosing, transmitting, copying, or accessing any confidential, proprietary, or trade secret information of Chicago Title Company.

3. The preliminary injunction shall remain in effect until further order of the Court.

4. The August 12, 2026, Order to Show Cause is hereby vacated.

**IT IS SO ORDERED.**

DATED: August 3, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE