**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CHICAGO TITLE COMPANY, a California corporation

Plaintiff,

v.

FRANK JANSEN, an individual, KENNETH CHIO, an individual, TIM PEARSON, an individual, STEWART TITLE OF CALIFORNIA, INC., a California corporation, and DOES 1 to 20, inclusive,

Defendant.

Case No. 2:26-cv- 06236 SPG (BFMx)

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: 11/17/2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE